729 A.2d 69

**In re Nomination Petition of Joseph B. NATOLI.**

**Petition of Joseph B. Natoli.**

Supreme Court of Pennsylvania.

May 5, 1999.

Stanley B. Lederman, Pittsburgh, for petitioner.

434

## ORDER

PER CURIAM.

AND NOW, this 5th day of May, 1999, Joseph Natoli's Emergency Application for Stay and for Advancement of Consideration and Argument is hereby DENIED.

Justice ZAPPALA did not participate in the consideration or decision of this matter.